UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| PATTY JO HOWARD, | ) | |
| Plaintiff, | ) ) ) | Civil No. 10-59-ART |
| v. | ) ) | |
| MAGOFFIN COUNTY BOARD OF EDUCATION, | ) ) ) ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of Magoffin County Board of Education. This is a final and appealable order.

This the 17th day of November, 2011.



Signed By:
*Amul R. Thapar* AT
United States District Judge