United States District Court for the <u>Sixth Circuit</u> ~~Eastern District of Kentucky~~
District of <u>Cincinnati, Ohio</u>

**F I L E D**

APR 30 2012

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

<u>Patty Jo Howard</u>
<u>5061 Lick Creek Road</u>
<u>Salyersville, Kentucky 41465</u>
Plaintiff,

vs.

CASE NO. <u>07: 10-CV-59-ART</u>

<u>Magoffin Co. Board of Education</u>
<u>109 Gardener Trail</u>
<u>Salyersville, Kentucky 41465</u>
Defendant.

## NOTICE OF APPEAL

Notice is hereby given that <u>Patty Jo Howard</u>, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from <u>Pikeville Federal District Court</u>
(the final judgment) (from an
<u>Summary Judgment</u> entered in this action on the <u>2nd</u> day of
order (describing it))
<u>April 2012</u>.

(s) <u>Patty Jo Howard</u>
Address: <u>5061 Lick Creek Rd.</u>
<u>Salyersville Ky</u>
<u>41465</u>

Attorney for <u>Plaintiff</u>
<u>(Pro Self)</u>

cc: Opposing Counsel ___
    Court of Appeals ___

6CA-3
1/99

Apposing Counsel:
Jonathan Shaw: P.O. Drawer 1767
Paintsville, Ky. 41240